UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY AHERN, et al.,<br><br>    Defendants. | Case No. 16-cv-06892-YGR (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on December 10, 2018 at San Quentin State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Cedric Webb, Pro Se.

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Scott Feudale.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 12/12/2018

ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WEBB,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY AHERN, et al.,<br><br>    Defendants. | Case No. 16-cv-06892-YGR (RMI)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on December 12, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cedric Webb ID: CDC#AY-9648
N-B-Cell-138
San Quentin State Prison
San Quentin, CA 94964

Dated: December 12, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Gloria Knudson, Deputy Clerk to the
    Honorable ROBERT M. ILLMAN